

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00697-CV

**IN THE INTEREST OF V.R.S., J.S.T, AND R.L.T., CHILDREN**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01769
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellant Mom's brief was due to be filed with this court on December 4, 2019. *See* TEX. R. APP. P. 38.6(a). On the due date, Mom filed a motion for a ten-day extension of time to file her brief.

Appellant Mom's motion is GRANTED. Her brief is due on December 16, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.



_____
Michael A. Cruz,
Clerk of Court